USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      - against -<br><br>WILLIAM ORTIZ,<br><br>          Defendant. | **26 CR 211 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules an initial conference in the above-captioned matter on June 12, 2026, at 1:30 PM.

**SO ORDERED.**

Dated:    28 May 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.