

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/2026___

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request **GRANTED**.
>
> **SO ORDERED.**
>
> ___5/29/2026___
> DATE          VICTOR MARRERO, U.S.D.J.

Re:     *United States v. William Ortiz*, **26 Cr. 211 (VM)**

Dear Judge Marrero:

The Government writes in advance of the initial pretrial conference in the above-captioned case, currently scheduled for Friday, June 12, 2026, at 1:30 p.m.  The Government respectfully requests that time be excluded from today through June 12, 2026, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the proposed exclusion of time would serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to begin preparing and producing discovery in this matter.

Defense counsel has informed the Government that the defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     _David Steinbach_____
David Steinbach
Assistant United States Attorney
(212) 637-2380

cc:     Martin Cohen, Esq. (via ECF)