USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILLIAM ORTIZ,

Defendant.

**ORDER**

26 Cr. 211 (VM)

WHEREAS, with the consent of defendant William Ortiz, the defendant's guilty plea allocution was taken before United States Magistrate Judge Tarnofsky on July 22, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: November 6, 2026, at 12:00 PM.

**SO ORDERED.**

Dated: New York, New York
July 28, 2026

Victor Marrero
U.S.D.J.