USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

WILLIAM ORTIZ,

Defendant.

**26 CR 211 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In light of the Court's scheduling of the sentencing in the above-captioned matter, the conference currently scheduled for August 21, 2026, is hereby canceled.

**SO ORDERED.**

Dated: 11 August 2026
New York, New York

Victor Marrero
U.S.D.J.